# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STERLING LLAMAS,<br><br>      Plaintiff,<br><br> v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>      Defendant. | CASE NO. C19-0140-MAT<br><br>ORDER GRANTING IN FORMA PAUPERIS APPLICATION |

 Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

 (1) The Clerk is directed to issue summonses to plaintiff.

 (2) Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

 DATED this 5th day of January, 2019.

                /s/ Mary Alice Theiler
                Mary Alice Theiler
                United States Magistrate Judge